UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LESLIE DENISE HENDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06-CV-0089 HEA |
| ) | |
| RENAISSANCE GRAND HOTEL, ) | |
| ) | |
| Defendant. ) | |

# **MEMORANDUM AND ORDER**

This matter is before the Court on defendant's Motion to Compel Rule 26 Disclosures and Sanctions [sic], [Doc. No. 16]. Plaintiff has not responded to the motion in accordance with the Court's Local Rules. For the reasons set forth below, the Motion to Compel is granted; the motion for sanctions is denied.

Plaintiff filed this action *pro se* on January 19, 2006, alleging that she had been discriminated against by her employer in violation of the Civil Rights Act of 1964. The Court issued its Case Management Order on April 7, 2006 which provided, in pertinent part, that the parties were required to make their Rule 26(a)(1) disclosures no later than May 8, 2006. Plaintiff has, to date, failed to make the disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Although plaintiff is proceeding *pro se*, this status does not absolve plaintiff

of her obligations under the Federal Rules of Civil Procedure. The Rule requires plaintiff to make certain disclosure in order for this matter to proceed in a timely fashion. Resolution of this case depends on the orderly progression of discovery under the Federal Rules. Plaintiff's failure to abide by these rules inhibits the judicial process and unfairly prolongs the litigation. Plaintiff has not given the Court any explanation for her failure to make her initial disclosures.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's Motion to Compel, [Doc. No. 16], is granted. Plaintiff is ordered to send her required Rule 26(a)(1) disclosures to defendant within 14 days from the date of this Order. Failure to comply with this order shall result in dismissal of this action.

**IT IS FURTHER ORDERED** that defendant's motion for sanctions is denied.

Dated this 18th day of September, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE